ACCEPTED
03-14-00818-CR
5777188
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 6:17:51 PM
JEFFREY D. KYLE
CLERK

## NO. 03-14-00818-CR

| | | |
|---|---|---|
| **CLINTON DAVID BECK** | § | **IN THE THIRD** |
| **v.** | § | **DISTRICT COURT OF** |
| **THE STATE OF TEXAS** | § | **APPEALS OF TEXAS** |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/22/2015 6:17:51 PM
JEFFREY D. KYLE
Clerk

### STATE'S THIRD MOTION TO EXTEND TIME TO FILE BRIEF

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes the State of Texas, Appellee in the above styled and numbered cause, and moves for an extension of time of 35 days to file Appellee's brief, and for good cause would show the following:

### I.

Appellant was charged by indictment with Improper Relationship Between Educator and Student and Online Solicitation of a Minor on April 13, 2011 in the 207th Judicial District Court of Comal County. After pleading guilty to Count II, Improper Relationship Between Educator and Student, the trial court sentenced Appellant to ten years confinement and suspended the sentence for a period of ten years. Appellant was also required to forfeit his teaching license and not apply for any future teaching license in the United States. On September 4, 2014, Appellant filed an Application for Writ of Habeas Corpus under article 11.072 of the Texas Code of Criminal Procedure. After the trial court denied the Application, Appellant

1

appealed. Appellant's brief was submitted on March 20, 2015. Appellee's brief is currently due on June 22, 2015.

## II.

I am handling the appeal for the State in this case. I attended an appellate law conference in Austin over three days at the end May, and I sat second chair for oral argument in 03-14-00669-CR on June 3, 2015. I also helped review and file another attorney's brief in 03-14-00192-CR. I worked through the weekend of the 13th to file the State's brief before midnight on June 15th in cause number 03-14-00407-CR. I have had several expunctions and nondisclosures to review, some of which required me to draft and file answers. I have also performed research related to issues that came up for other attorneys in the office. Finally, I have begun working on the State's response in 03-14-00639-CR, which I hope to complete on or shortly after the current deadline of July 2nd; I will work on the State's brief in the instant cause immediately after completing the work on 03-14-00639-CR.

Because of the foregoing, I have not yet been able to complete a significant amount of work on a response, and respectfully request an extension of 35 days to file the State's brief in the instant cause. This is the third extension sought by Appellee.

## III.

**WHEREFORE, PREMISES CONSIDERED,** the State's counsel respectfully prays for an extension of 33 days, until July 27, 2015, so that an adequate response may be made to Appellant's brief. This extension is not requested for purposes of delay but so that justice may be done.

Respectfully submitted,

/s/ Joshua D. Presley
**Joshua D. Presley** SBN: 24088254
preslj@co.comal.tx.us
Comal Criminal District Attorney's Office
150 N. Seguin Avenue, Suite 307
New Braunfels, Texas 78130
Ph: (830) 221-1300 / Fax: (830) 608-2008

## CERTIFICATE OF SERVICE

I, Joshua D. Presley, Assistant District Attorney for the State of Texas, Appellee, hereby certify that a true and correct copy of this *State's Third Motion to Extend Time to File Brief* has been delivered to Appellant CLINTON DAVID BECK's attorney in this matter:

Terri R. Zimmermann
Terri.Zimmermann@ZLZSlaw.com
770 South Post Oak Lane, Suite 620
Houston, TX 77056
*Counsel for Appellant on Appeal*

By electronically sending it to the above-listed email address, this 22nd day of June, 2015.

/s/ Joshua D. Presley
**Joshua D. Presley**